UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SHERRY SLOAN, et al. | ) | |
| | ) | |
| v. | ) | No. 3:11-0220 |
| | ) | Judge Sharp |
| JUDGE BETTY ADAMS GREEN, et al. | ) | |

## O R D E R

The Court rules on certain pending motions as follows:

1. Defendants' Motion for Leave to File Reply to Plaintiff's Response to Defendants' Motion to Dismiss (Docket Entry No. 23), to which Plaintiff has responded in opposition, is GRANTED. The Clerk is directed to file Defendants' Reply, which is attached to the motion.

2. Plaintiff's response (Docket Entry No. 24) in opposition to Defendants' Motion for Leave to File Reply to Plaintiff's Response to Defendants' Motion to Dismiss requests that Plaintiff's response in opposition be treated as her sur-reply, if the Court allows the filing of Defendant's reply. Having granted Defendant's motion to file a reply, the Court likewise GRANTS Plaintiff's request to treat her response (Docket Entry No. 24) as her sur-reply.

3. Defendants' Motion to Strike Plaintiff's Response to Motion for Leave to File Reply to Plaintiff's Response to Defendants' Motion to Dismiss (Docket Entry No. 27) is DENIED. However, Defendant may file a sur-surreply within fourteen days of the date of entry of this Order. Thereafter, no further filings regarding Defendants' Motion to Dismiss will be allowed.

4. After the timely filing of Defendants' sur-surreply, the Court will proceed to rule on the pending Motion to Dismiss filed by Defendants, as well as Plaintiff's Motion to Strike Exhibits and Defendants' Motion for Sanctions.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE